IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ADA M. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:07-0004 |
| v. ) | JUDGE HAYNES |
| ) | |
| BAYER CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

There is a pending motion to transfer this action to the Judicial Panel on Multidistrict Litigation. See Docket Entry No. 73. This action is **ADMINISTRATIVELY CLOSED** pending receipt of the conditional transfer order of the Judicial Panel on Multidistrict Litigation. Upon receipt of the transfer order, the Clerk is directed to transfer this action as directed by the Judicial Panel's Order. In the event that this action is not transferred, then any party may move to reopen this action.

It is so **ORDERED**.

ENTERED this the 15th day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge